NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

GREENTREE ELECTRONICS COR-
PORATION, Respondent.

No. 25699.

United States Court of Appeals,
Ninth Circuit.

Nov. 12, 1970.

Jerome Weinstein (argued), Atty. N.
L. R. B., Arnold Ordman, Gen. Counsel,
Marcel Mallet-Prevost, Asst. Gen. Coun-
sel, Dominick L. Manoli, Associate Gen.
Counsel, John I. Taylor, Jr. and Carol
Cole Kleinman, Attys., Washington, D.
C., Ralph E. Kennedy, Director, N. L.
R. B., Los Angeles, Cal., for petitioner.

Willard Z. Carr, Jr. (argued), of Gib-
son, Dunn & Crutcher, Los Angeles, Cal.,
for respondent.

Before ELY and HUFSTEDLER, Cir-
cuit Judges, and BYRNE, District
Judge.*

PER CURIAM:

The petition for enforcement is grant-
ed. The Board issued an opinion, report-
ed at 176 N.L.R.B. No. 126 (June 23,
1969).

The respondent argues that the
Board's order is not supported by sub-
stantial evidence. On the crucial factual
dispute, there is no sharp conflict in the
evidence. At the same time, reasonable
inferences which may be drawn from
that evidence are conflicting. The re-
spondent quite forceably emphasizes the
inferences which support its position.
The Board, on the other hand, points to
opposing inferences. We are not per-
suaded that the inferences drawn by the
Board were unreasonable or without sub-
stantial basis in fact.

UNITED STATES of America,
Plaintiff-Appellee,

v.

Bennie Ralph TIMMONS, Margaret Loret-
ta Nolte, Clark Gable Timmons, and
David Freddie Hileman, Defendants-Ap-
pellants.

Nos. 25766, 25809, 25820, 25826.

United States Court of Appeals,
Ninth Circuit.

Nov. 9, 1970.
Rehearing Denied Dec. 29, 1970.

Bennie Ralph Timmons, in pro. per.

Peter J. Hughes (argued), Sheela,
Lightner, Hughes & Castro, San Diego,
Cal., for appellant Nolte.

William Bryan Osborne (argued), Los
Angeles, Cal., for appellant Timmons.

Michael P. Gerbosi (argued), Santa
Ana, Cal., for appellant Hileman.

Arnold G. Regardie, Asst. U. S. Atty.
(argued), Robert L. Meyer, U. S. Atty.,
Los Angeles, Cal., for appellee.

Before CHAMBERS, ELY and
WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed
as to all appellants except as to Clark
Gable Timmons.

There was improper hearsay evidence
admitted. As to Clark Gable Timmons,
this testimony may well have been the
determining factor in the jury's mind.
As to the remaining defendants, other
testimony was overwhelming.

Additional points raised are without
merit.

* Honorable William M. Byrne, Senior United States District Judge, Los Angeles, California,
sitting by designation.